**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000357**
**22-APR-2021**
**09:18 AM**
**Dkt. 23 ODSD**

NO. CAAP-20-0000357

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JACQUES BARTHOLOMEW GARRETT, Plaintiff-Appellee, v.
ASSOCIATION OF APARTMENT OWNERS OF TERRAZZA/CORTEBELLA/
LAS BRISAS/TIBURON, Defendant-Appellant, and JOHN DOES 1-20;
JANE DOES 1-20; DOE PARTNERSHIPS 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC191001594)

ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon review of the record, it appears that:

(1) On May 5, 2020, Defendant-Appellant Association of Apartment Owners Terrazza/Cortebella/Las Brisas/Tiburon (**the AOAO**) filed the notice of appeal;

(2) On June 12, 2020, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before June 22, 2020, and July 22, 2020, respectively;

(3) The AOAO failed to file either document or request an extension of time;

(4) On October 6, 2020, the appellate clerk notified the AOAO that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on October 16, 2020, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and the AOAO could request relief from default by motion; and

(5) The AOAO took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, April 22, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge